Dante Landry
(Name)

Leavenworth, Kansas #07508-046
(Institutional Register No.)

P.O. Box 1000, Leavenworth, KS.
(Current Mailing Address)
66046

FILED
SEP 18 2008
Clerk, U.S. District Court
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Dante Landry, Plaintiff
(Full and Correct Name)

vs.

Tony Davis
ILS Service, Inc.

_____, Defendants.

CASE NO. 08-3244-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 28 U.S.C. §1331

A. JURISDICTION

1) **Dante Landry**, is a resident of **Leavenworth, Kansas**
   (Plaintiff)                              (State of residency prior
                                             to incarceration)

   who is presently located at **P.O. Box 1000, Leavenworth, KS. 66048**
                                (Mailing address or place of confinement)

2) Defendant **Tony Davis** is a resident of
              (Name of first defendant)

   **Austin Center #1860, 701 Brazos, Suite #500**, is employed as
              (City, State)

   **Owner**, and may be located
   (Position and title, if any)

   at **Austin Center#1860, Austin, TX. 78701**. At the time the
      (Address for service of process)

claim(s) alleged in this complaint arose, was this defendant acting in his official capacity as an employee of the United States?
    Yes _X_    No ___.  If your answer is "Yes", briefly explain:

_____

XE-2(F)        CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

3) Defendant __No second defendant__ is a resident of
(Name of first defendant)

_____, is employed as
(City, State)

_____, and may be located
(Position and title, if any)

at _____. At the time the
(Address for service of process)

claim(s) alleged in this complaint arose, was this defendant acting in his official capacity as an employee of the United States? Yes __X__   No ___.  If your answer is "Yes", briefly explain:

__As a legal representation firm, called ISL Service,__

(Use the back of this page to furnish the above information for additional defendants.)

4)   Jurisdiction is invoked pursuant to 28 U.S.C. § 1331.  (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

__28 U.S.C. §1331.__

B.   NATURE OF THE CASE

1)   Briefly state the background of your case.

See "memorandum in support of 28 U.S.C. §1331."

2

## C. CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

   A)(1)  Count I:  **See attached "Memorandum of Law."**

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

   B)(1)  Count II:  **See attached "Memorandum of Law."**

   (2) Supporting Facts:

   **See "Memorandum of Law."**

3

C)(1)   Count III:   See attached "Memorandum of Law."

_____

_____

(2) Supporting Facts:

See attached "Memorandum of Law."

### D. PREVIOUS LAWSUITS

1) Have you begun other lawsuits in state or federal court dealing in any way with the same facts involved in this action?
Yes ____   No XXX
If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: _____

Defendants: _____

b) Name of court and docket number _____

_____

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

d) Issues raised _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

4

E. ADMINISTRATIVE RELIEF

1) Have you presented all grounds for relief raised in this complaint by way of BP-9, BP-10, and BP-11 grievances?
   Yes _____ No _xxx_

2) If your answer to (1) is "Yes," state the date of disposition, result and reasons given for the administrative decision

   _____

3) If your answer to (1) is "No," list each ground not fully presented through the administrative grievance process and explain why it was not _____

   Plaintiff Landry civil rights complaint is against ILS Sevice which is a private own company.

4) Describe all other procedures you have used (such as tort claim or Parole Commission administrative appeals procedures) to exhaust administrative remedies as to each issue raised

   None.

F. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

   Plaintiff Landry is seeking **Nine million dollars** based upon the violation of his constitutional rights, and the severe prejudice shown by defendant. A jury trial is requested in the established civil rights suit.

_____   _____
Signature of Attorney (if any)      Signature of Petitioner

(Attorney's full address and telephone number)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746. 18 U.S.C. § 1621.

Executed at   LEAVENWORTH, KS   on   9-16-08  , 2008.
                  (Location)             (Date)

_____
(Signature)