# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**DANTE LANDRY,**

                         **Plaintiff,**

**v.**                                  **CIVIL NO. 08-3244-SAC**

**TONY DAVIS,**

                         **Defendants.**

**( )**    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( X )**    **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.

Entered on the docket 01/26/09

**Dated: January 26, 2009**        TIMOTHY M. O'BRIEN, CLERK

                                             **s/S. Nielsen-Davis**
                                             **Deputy Clerk**